MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
VATANA LAY, ESQ.
Nevada Bar No. 12993
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: vatana.lay@akerman.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.;<br><br>Plaintiff,<br>vs.<br><br>SOMERSET PARK HOMEOWNERS ASSOCIATION; SUZANNAH R. NOONAN IRA, LLC; and NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No.: 2:16-cv-00349-APG-VCF<br><br>**NOTICE OF DISASSOCIATION** |

Bank of America, N.A. hereby provides notice Allison R. Schmidt, Esq., is no longer associated with the law firm of Akerman LLP. **BANA** requests Ms. Schmidt be removed from the CM/ECF service list.

Akerman LLP will continue to represent **BANA** and requests MELANIE D. MORGAN, ESQ. and VATANA LAY, ESQ. receive all future notices.

Respectfully submitted, this 19th day of January, 2017.

**AKERMAN LLP**

/s/ *Vatan Lay, Esq.*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
Vatana Lay, ESQ.
Nevada Bar No. 12993
1160 N. Town Center Dr. Ste 330
Las Vegas, Nevada 89144

{40398972;1}                                                    1

# **COURT APPROVAL**

IT IS SO ORDERED.

Date: 1-19-2017

_____
UNITED STATES MAGISTRATE JUDGE

{40398972;1}

2

## **CERTIFICATE OF SERVICE**

HEREBY CERTIFY that on the this 19th day of January, 2017, service of the foregoing **NOTICE OF DISASSOCIATION**, was made pursuant to FRCP 5(b) and electronically transmitted to the Clerk's Office using the CM/ECF system for filing and transmittal to all interested parties.

| | |
|---|---|
| Patrick A Orme<br>Boyack Orme & Taylor<br>401 N. Buffalo Drive, Suite 202<br>Las Vegas, NV 89145 | Edward D Boyack<br>Boyack Orme & Taylor<br>401 N. Buffalo Drive<br>Suite #202<br>Las Vegas, NV 89145 |
| Michael N. Beede<br>Law Office of Mike Beede<br>2300 W. Sahara Ave., Ste. 420<br>Las Vegas, NV 89102 | Christopher V. Yergensen<br>Nevada Association Services, Inc.<br>6224 West Desert Inn Road<br>Las Vegas, NV 89146 |

*/s/ Renee Livingston*
An employee of AKERMAN LLP

{40398972;1}                                                   3